# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-943
Lower Tribunal No. 2021-CA-000747

_____

RICHARD MAGNUSSEN,

Appellant,

v.

CITY OF NAPLES,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Lauren L. Brodie, Judge.

March 26, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, BROWNLEE and GANNAM, JJ., concur.


Charles P. Brady, of Charles Brady Law, PLLC, Saint Petersburg, for Appellant.

Ralf Brookes and James Stokes, of the City Attorney's Office, Naples, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED